**Richard J. FLIPPIN, Plaintiff, Appellant,**

v.

**TOWN OF NORTON; William A. Gouveia, Robert W. Kimball, Clarence P. Rich, Jr., Ronald J. Almeida and Patricia A. Graney, as They are Select-**

men for the Town of Norton; Walter F. Lindberg, as he is the Town Manager for the Town of Norton; William Casbarra, as he is the Building Inspector and the Ada Coordinator for the Town of Norton, Defendants, Appellees.

No. 00–1605.

United States Court of Appeals, First Circuit.

April 12, 2001.

Richard J. Flippen, on brief pro se.

Theresa M. Dowdy, Darren R. Klein, and Kopelman and Paige, P.C., on brief for appellees.

Before LIPEZ, Circuit Judge, LEVIN H. CAMPBELL and CYR, Senior Circuit Judges.

PER CURIAM.

Upon *de novo* review of the summary judgment decision below in light of the record and the parties' briefs on appeal, we affirm the dismissal of the complaint substantially for the reasons articulated in the district court's careful decision.

*Affirmed. See* Loc. R. 27(c).